UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randall Thomas,

    Plaintiff,

vs.                                        Case No: 12-15494
                                               Honorable Victoria A. Roberts

Lighthouse of Oakland County, et al,

    Defendants.
_____/

## ORDER

    Mr. Randall Thomas filed a Motion requesting accommodations by the Court in connection with his upcoming trial. ECF No. 123.

    Additional information is required in order to determine whether a reasonable accommodation is necessary to ensure Mr. Thomas has meaningful access to the Court. Mr. Thomas is **ORDERED** to provide documentation by **July 22, 2016** that identifies the mental or physical impairment(s) causing him to seek accommodation. Mr. Thomas must also submit documentation that clarifies his needs with respect to an accommodation and provide medical documentation supporting his request.

    **IT IS ORDERED**.

                                                      S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: July 12, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record and Randall Thomas by electronic means or U.S. Mail on July 12, 2016.

S/Carol A. Pinegar
Deputy Clerk