MIE (Rev. 04/2009) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Randall Thomas

Plaintiff(s),

v.

Lighthouse of Oakland County
Greg Sterns, and John Zirnldu et al.

Defendant(s).

Case No. 12-cv-15494

Judge Judith E. Levy

Magistrate Judge

**FILED
CLERK'S OFFICE**

**DEC 1 1 2017**

**U.S. DISTRICT COURT
EASTERN MICHIGAN**

## NOTICE OF APPEAL

Notice is hereby given that ___Randall Thomas___ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☑ Order

☐ Other: _____

entered in this action on ___December 1, 2017___
[Date]

Date: ___December 11, 2017___

Counsel is: ___Pro Se___
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Signature

Bar No. _____

___22917 Woodward___
Street Address

___Ferndale mi 48220___
City, State   Zip Code

___248-667-2274___
Telephone Number

_____
Primary Email Address

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make
your $505.00 check payable to:  Clerk, U.S. District Court.