## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 11, 2018

Ms. Deborah Lyn Brouwer
Nemeth Law
200 Talon Centre
Suite 200
Detroit, MI 48207-5199

Mr. Howard William Burdett Jr.
Howard & Howard
450 W. Fourth Street
Royal Oak, MI 48067

Randall Thomas
22917 Woodward Avenue
Ferndale, MI 48220

Re: Case No. 17-2497, *Randall Thomas v. Lighthouse of Oakland, et al*
Originating Case No. : 5:12-cv-15494

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Bryant L. Crutcher
                Case Manager
                Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-2497

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

RANDALL THOMAS

    Plaintiff - Appellant

v.

LIGHTHOUSE OF OAKLAND; LIGHTHOUSE COMMUNITY DEVELOPMENT

    Defendants - Appellees

and

GREG STERNS; JONH ZIRALDO; JUDITH ROBINSON; LATICE BOOKER

    Defendants.

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

   The Appellant's Brief was not filed by **June 22, 2018**.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                  **ENTERED PURSUANT TO RULE 45(a),**
                                                  **RULES OF THE SIXTH CIRCUIT**
                                                  Deborah S. Hunt, Clerk

Issued: July 11, 2018